## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on July 9, 2018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 1201(a)(1)** |
| **MARCEL VINES,** | : | **(Kidnapping Resulting in Death)** |
| **also known as "BY" and "Baby Boy,"** | : | **18 U.S.C. §§ 924(c)(1)(A)(i),(ii), (iii)** |
| **MALIQUE LEWIS,** | : | **(Using, Carrying, Possessing,** |
| **also known as "Freak," and** | : | **Brandishing, and Discharging a Firearm** |
| **ASHTON BRISCOE,** | : | **During and in Relation to a Crime of** |
| **also known as "A2" and "Astro,"** | : | **Violence)** |
| | : | **18 U.S.C. § 2** |
| | : | **(Aiding and Abetting)** |
| | : | **18 U.S.C. § 922(g)(1)** |
| **Defendants.** | : | **(Unlawful Possession of a Firearm and** |
| | : | **Ammunition by a Person Convicted of a** |
| | : | **Crime Punishable by Imprisonment for a** |
| | : | **Term Exceeding One Year)** |
| | : | **22 D.C. Code §§ 2001 and 4502 (2001 ed.)** |
| | : | **(Kidnapping While Armed)** |
| | : | **22 D.C. Code §§§ 2101, 4502, and** |
| | : | **2104.01(b)(1) (2001 ed.)** |
| | : | **(First Degree Murder (Premeditated)** |
| | : | **While Armed)** |
| | : | **22 D.C. Code §§§ 2101, 4502, 2104.01(b)(1)** |
| | : | **(2001 ed.)** |
| | : | **(First Degree Murder While Armed —** |
| | : | **Felony Murder)** |
| | : | **22 D.C. Code § 1805** |
| | : | **(Aiding and Abetting)** |

## I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about December 28, 2017, within the District of Columbia, the State of Maryland, and elsewhere, **MARCEL VINES**, also known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON BRISCOE**, also known as "A2" and "Astro," the defendants, did unlawfully and willfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold Armani Coles for ransom and reward and otherwise, and, in committing or in furtherance of the commission of the offense, did willfully transport in interstate commerce Armani Coles, did travel in interstate commerce between the State of Maryland and the District of Columbia, and did use a means, facility, and instrumentality of interstate commerce, and did aid, abet, counsel, command, induce and cause another to commit said offense, and Armani Coles died as a result of the offense.

(**Kidnapping Resulting in Death and Aiding and Abetting**, in violation of Title 18, United States Code, Section 1201(a)(1) and Section 2)

## COUNT TWO

On or about December 28, 2017, within the District of Columbia, the State of Maryland, and elsewhere, **MARCEL VINES**, also known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON BRISCOE**, also known as "A2" and "Astro," the defendants, did unlawfully and willfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold Kerrice Lewis for ransom and reward and otherwise, and, in committing or in furtherance of the commission of the offense, did willfully transport in interstate commerce Kerrice Lewis, did travel in interstate commerce between the State of Maryland and the District of Columbia, and did use a means, facility, and instrumentality of interstate commerce, and did aid,

2

abet, counsel, command, induce and cause another to commit said offense, and Kerrice Lewis died as a result of the offense.

(**Kidnapping Resulting in Death and Aiding and Abetting**, in violation of Title 18, United States Code, Section 1201(a)(1) and Section 2)

## COUNT THREE

On or about December 28, 2017, within the District of Columbia, the State of Maryland, and elsewhere, **MARCEL VINES**, also known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON BRISCOE**, also known as "A2" and "Astro," the defendants, did unlawfully and knowingly use, brandish, discharge, and carry during and in relation to, and possess in furtherance of, a crime of violence, and did aid, abet, counsel, command, induce, and cause another to commit said offense, for which each may be prosecuted in a court of the United States, that is Count One of this Indictment which is incorporated herein, a firearm.

(**Using, Carrying, Possessing, Brandishing, and Discharging a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii), and (iii) and Section 2)

## COUNT FOUR

On or about December 28, 2017, within the District of Columbia, the State of Maryland, and elsewhere, **MARCEL VINES**, also known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON BRISCOE**, also known as "A2" and "Astro," the defendants, did unlawfully and knowingly use, brandish, discharge, and carry during and in relation to, and possess in furtherance of, a crime of violence, and did aid, abet, counsel, command,

3

induce, and cause another to commit said offense, for which each may be prosecuted in a court of the United States, that is Count Two of this Indictment which is incorporated herein, a firearm.

(**Using, Carrying, Possessing, Brandishing, and Discharging a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii), and (iii) and Section 2)

## COUNT FIVE

On or about December 28, 2017, within the District of Columbia, **MARCEL VINES**, also known as "BY" and "Baby Boy," having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case Numbers 2015-CF2-015181 and 2015-CF2-003658, did unlawfully and knowingly receive and possess a firearm and ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT SIX

On or about December 28, 2017, within the District of Columbia, **MALIQUE LEWIS**, also known as "Freak," having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case Number 2016-CF2-011824, did unlawfully and knowingly receive and possess a firearm and ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

4

### COUNT SEVEN

On or about December 28, 2017, within the District of Columbia and elsewhere, **MARCEL VINES**, also known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON BRISCOE**, also known as "A2" and "Astro," the defendants, while armed with a firearm, seized, confined, inveigled, decoyed, kidnapped, abducted, and carried away Armani Coles, with intent to hold and detain Armani Coles, for ransom and reward and otherwise, and did aid and abet another in the commission of said offense.

(**Kidnapping While Armed and Aiding and Abetting**, in violation of Title 22, District of Columbia Code, Sections 2001 and 4502 and 1805 (2001 ed.))

### COUNT EIGHT

On or about December 28, 2017, within the District of Columbia and elsewhere, **MARCEL VINES**, also known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON BRISCOE**, also known as "A2" and "Astro," the defendants, while armed with a firearm, seized, confined, inveigled, decoyed, kidnapped, abducted, and carried away Kerrice Lewis, with intent to hold and detain Kerrice Lewis, for ransom and reward and otherwise, and did aid and abet another in the commission of said offense.

(**Kidnapping While Armed and Aiding and Abetting**, in violation of Title 22, District of Columbia Code, Sections 2001 and 4502 and 1805 (2001 ed.))

### COUNT NINE

**MARCEL VINES**, also known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON BRISCOE**, also known as "A2" and "Astro," the defendants, within the District of Columbia and elsewhere, while armed with a firearm, in perpetrating and attempting to perpetrate the crime of Kidnapping While Armed, as set forth in Count Seven of this

5

Indictment, killed Armani Coles by shooting him with a firearm on or about December 28, 2017, thereby causing injuries from which Armani Coles died on or about December 28, 2017, and did aid and abet another in the commission of said offense.

*The Grand Jury further charges* that the murder was committed in the course of kidnapping or abduction, or an attempt to kidnap or abduct.

(**First Degree Murder While Armed—Felony Murder and Aiding and Abetting,** in violation of 22 D.C. Code Sections 2101, 4502, 2104.01(b)(1), and 1805 (2001 ed.))

## COUNT TEN

**MARCEL VINES**, also known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON BRISCOE**, also known as "A2" and "Astro," the defendants, within the District of Columbia and elsewhere, while armed with a firearm, in perpetrating and attempting to perpetrate the crime of Kidnapping While Armed, as set forth in Count Eight of this Indictment, killed Kerrice Lewis by shooting her with a firearm on or about December 28, 2017, thereby causing injuries from which Kerrice Lewis died on or about December 28, 2017, and did aid and abet another in the commission of said offense.

*The Grand Jury further charges* that the murder was committed in the course of kidnapping or abduction, or an attempt to kidnap or abduct.

(**First Degree Murder While Armed—Felony Murder and Aiding and Abetting,** in violation of 22 D.C. Code Sections 2101, 4502, 2104.01(b)(1), and 1805 (2001 ed.))

## COUNT ELEVEN

**MARCEL VINES**, also known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON BRISCOE**, also known as "A2" and "Astro," the defendants, within the District of Columbia, while armed with a firearm, purposely and with deliberate and premeditated malice, killed Kerrice Lewis, by shooting her with a firearm on or about December 28, 2017, thereby causing injuries from which Kerrice Lewis died on or about December 28, 2017, and did aid and abet another in the commission of said offense.

*The Grand Jury further charges* that the murder was committed in the course of kidnapping or abduction, or an attempt to kidnap or abduct.

(**First Degree Murder (Premediated) While Armed and Aiding and Abetting,** in violation of 22 D.C. Code Sections 2101, 4502, 2104.01(b)(1), and 1805 (2001 ed.))

A TRUE BILL:

FOREPERSON.

Jessie K. Liu

Attorney of the United States in
and for the District of Columbia.

7