AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
MAY 2 3 2019
Clerk, U.S. District and Bankruptcy Courts

United States of America
v.
MARCEL VINES

_Defendant_

)
)
)
)
)
)
)

Case: 1:19-cr-00166
Assigned To : Judge Dabney L. Friedrich
Assign. Date : 5/17/2019
Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ MARCEL VINES,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1201(a)(1) (Kidnapping Resulting in Death); 18 U.S.C. §§ 924(c) (Using, Carrying, Possessing, Brandishing, and Discharging a Firearm During and in Relation to a Crime of Violence); 18 U.S.C. § 2 (Aiding and Abetting); 18 U.S.C. § 922(g) (Unlawful Possession of Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year); 22 D.C. Code §§ 2001, 4502 (Kidnapping While Armed); 22 D.C. Code §§ 2101, 4502, 2104.01(b)(1) (First Degree Murder While Armed– Felony Murder); 22 D.C. Code §§ 2101, 4502, 2104.01(b)(1) (First Degree Premeditated Murder While Armed); 22 D.C. Code § 1805 (Aiding and Abetting)

Date: 05/17/2019

_Issuing officer's signature_

City and state: Washington, D.C.

G. MICHAEL HARVEY, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 5/17/19, and the person was arrested on _(date)_ 5/23/19
at _(city and state)_ Washington, D.C.            Received

Date: 5/23/19

Tc
_Arresting officer's signature_

DVSM Travis Kinger 31364
_Printed name and title_