UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**

**Grand Jury Sworn in on July 9, 2018**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.   19-CR-00166 (DLF)** |
| | : | |
| **v.** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 1201(a)(1)** |
| | : | **(Kidnapping Resulting in Death)** |
| **MARCEL VINES,** | : | **18 U.S.C. § 1201(c)** |
| **also known as "BY" and "Baby Boy,"** | : | **(Conspiracy to Commit Kidnapping)** |
| **MALIQUE LEWIS,** | : | **18 U.S.C. § 2** |
| **also known as "Freak," and** | : | **(Aiding and Abetting)** |
| **ASHTON BRISCOE,** | : | **18 U.S.C. § 922(g)(1)** |
| **also known as "A2" and "Astro,"** | : | **(Unlawful Possession of a Firearm and** |
| | : | **Ammunition by a Person Convicted of a** |
| **Defendants.** | : | **Crime Punishable by Imprisonment for a** |
| | : | **Term Exceeding One Year)** |
| | : | **22 D.C. Code §§ 2001 and 4502 (2001 ed.)** |
| | : | **(Kidnapping While Armed)** |
| | : | **22 D.C. Code 4504(b) (2001 ed.)** |
| | : | **(Possession of a Firearm During Crime of** |
| | : | **Violence or Dangerous Offense)** |
| | : | **22 D.C. Code §§ 2101, 4502, 2104.01(b)(1)** |
| | : | **(2001 ed.)** |
| | : | **(First Degree Murder While Armed —** |
| | : | **Felony Murder (Aggravating** |
| | : | **Circumstances))** |
| | : | **22 D.C. Code §§ 2101, 4502, 2104.01(b)(1)** |
| | : | **(2001 ed.)** |
| | : | **(First Degree Murder While Armed** |
| | : | **(Premeditated) (Aggravating** |
| | : | **Circumstances))** |
| | : | **22 D.C. Code § 1805 (2001 ed.)** |
| | : | **(Aiding and Abetting)** |

## I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about December 28, 2017, within the District of Columbia, the State of Maryland, and elsewhere, **MARCEL VINES**, also known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON BRISCOE**, also known as "A2" and "Astro," the defendants, did unlawfully and willfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold Armani Coles for ransom and reward and otherwise, and, in committing or in furtherance of the commission of the offense, did willfully transport in interstate commerce Armani Coles, did travel in interstate commerce between the District of Columbia and the State of Maryland, and did use a means, facility, and instrumentality of interstate commerce, and did aid, abet, counsel, command, induce and cause another to commit said offense, and Armani Coles died as a result of the offense.

(**Kidnapping Resulting in Death and Aiding and Abetting**, in violation of Title 18, United States Code, Section 1201(a)(1) and Section 2)

## COUNT TWO

On or about December 28, 2017, within the District of Columbia, the State of Maryland, and elsewhere, **MARCEL VINES**, also known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON BRISCOE**, also known as "A2" and "Astro," the defendants, did unlawfully and willfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold Kerrice Lewis for ransom and reward and otherwise, and, in committing or in furtherance of the commission of the offense, did willfully transport in interstate commerce Kerrice Lewis, did travel in interstate commerce between the District of Columbia and the State of Maryland, and did use a means, facility, and instrumentality of interstate commerce, and did

2

aid, abet, counsel, command, induce and cause another to commit said offense, and Kerrice Lewis died as a result of the offense.

(**Kidnapping Resulting in Death and Aiding and Abetting**, in violation of Title 18, United States Code, Section 1201(a)(1) and Section 2)

### COUNT THREE

On or about December 28, 2017, within the District of Columbia, the State of Maryland, and elsewhere, **MARCEL VINES**, also known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON BRISCOE**, also known as "A2" and "Astro," the defendants, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to violate Title 18, United States Code, Section 1201(a)(1).

The purpose of the conspiracy was to retaliate against an individual known to the grand jury (hereinafter "Individual 1"), and those believed to be associated with Individual 1, for murdering Ronzay Green. The conspirators and Ronzay Green associated together, and with others known and unknown, in the neighborhood of Clay Terrace in the Northeast quadrant of the District of Columbia. The conspirators identified Individual 1, who was from the area of First and Kennedy Streets in the Northwest quadrant of the District of Columbia, as responsible for the murder of Ronzay Green. The conspirators further identified Armani Coles and Kerrice Lewis as friends of Individual 1, and as associating with each other and others known and unknown, in the area of First and Kennedy Streets in the Northwest quadrant of the District of Columbia.

3

**Overt Acts**

In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the District of Columbia, the State of Maryland, and elsewhere:

1.      On or about December 28, 2017, **MARCEL VINES**, also known as "BY" and "Baby Boy," while observing the mortally-shot Ronzay Green lying on the ground outside 950 Eastern Avenue in the Northeast quadrant of the District of Columbia, contacted **ASHTON BRISCOE**, also known as "A2" and "Astro," using a telecommunications facility, that is a cellular telephone, and informed **ASHTON BRISCOE** also known as "A2" and "Astro," that their friend, Ronzay Green, had been shot.

2.      On or about December 28, 2017, **MARCEL VINES**, also known as "BY" and "Baby Boy," and **ASHTON BRISCOE**, also known as "A2" and "Astro," after learning that Ronzay Green had been shot, began communicating with **MALIQUE LEWIS**, also known as "Freak," using a telecommunications facility, that is a cellular telephone.

3.      On or about December 28, 2017, **MARCEL VINES**, also known as "BY" and "Baby Boy," traveled from 950 Eastern Avenue in the Northeast quadrant of the District of Columbia to Prince George's County Hospital in the State of Maryland, where Ronzay Green was transported for treatment.

4.      On or about December 28, 2017, **MALIQUE LEWIS**, also known as "Freak," traveled from the District of Columbia to Prince George's County Hospital in the State of Maryland, where Ronzay Green was transported for treatment.

4

5.      On or about December 28, 2017, **MARCEL VINES**, also known as "BY" and "Baby Boy," and **MALIQUE LEWIS**, also known as "Freak," while at Prince George's County Hospital in the State of Maryland, after learning that Ronzay Green died, stated that someone would have to pay, or words to that effect.

6.      On or about December 28, 2017, **MARCEL VINES**, also known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON BRISCOE**, also known as "A2" and "Astro," the defendants, and others known and unknown, undertook efforts to locate and target Individual 1, Armani Coles, and Kerrice Lewis by traveling between the State of Maryland, the Clay Terrace neighborhood in the Northeast quadrant of the District of Columbia, and the First and Kennedy Streets neighborhood in the Northwest quadrant of the District of Columbia, where Individual 1, Armani Coles, and Kerrice Lewis were known to frequent.

7.      On or about December 28, 2017, in the District of Columbia, the State of Maryland, and elsewhere, **MARCEL VINES**, also known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON BRISCOE**, also known as "A2" and "Astro," the defendants, and others known and unknown, undertook efforts to locate and target Individual 1, Armani Coles, and Kerrice Lewis, which included the use of telecommunications facilities, that is cellular telephones, to communicate with and among each other.

8.      On or about December 28, 2017, in the District of Columbia, **MARCEL VINES**, also known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON BRISCOE**, also known as "A2" and "Astro," the defendants, and others known and unknown, seized, confined, inveigled, kidnapped, abducted, and carried away Armani Coles.

5

9.      On or about December 28, 2017, in the District of Columbia, **MARCEL VINES**, also known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON BRISCOE**, also known as "A2" and "Astro," the defendants, and others known and unknown, seized, confined, inveigled, kidnapped, abducted, and carried away Kerrice Lewis.

10.     On or about December 28, 2017, **MARCEL VINES**, also known as "BY" and "Baby Boy," and **MALIQUE LEWIS**, also known as "Freak," and others known and unknown, transported Armani Coles and Kerrice Lewis from the District of Columbia to the State of Maryland using Kerrice Lewis' vehicle.

11.     On or about December 28, 2017, **ASHTON BRISCOE**, also known as "A2" and "Astro," drove Armani Coles' vehicle from the neighborhood in the Northwest quadrant of the District of Columbia, where Individual 1, Armani Coles, and Kerrice Lewis were known to frequent, through the State of Maryland, to the Clay Terrace neighborhood located in the Northeast quadrant of the District of Columbia.

12.     On or about December 28, 2017, in the State of Maryland, **MARCEL VINES**, also known as "BY" and "Baby Boy," and **MALIQUE LEWIS**, also known as "Freak," and others known and unknown, while traveling between the District of Columbia and the State of Maryland in Kerrice Lewis' vehicle, and while armed with firearms, shot Armani Coles and discarded Armani Coles' body on the side of Interstate 295 in the State of Maryland.

13.     On or about December 28, 2017, **MARCEL VINES**, also known as "BY" and "Baby Boy," and **MALIQUE LEWIS**, also known as "Freak," and others known and unknown, fled the location in the State of Maryland where they discarded Armani Coles' body and traveled into the District of Columbia.

6

14.     On or about December 28, 2017, in the District of Columbia, the State of Maryland, and elsewhere, **MARCEL VINES**, also known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON BRISCOE**, also known as "A2" and "Astro," the defendants, and others known and unknown, used a telecommunications facility, that is a cellular telephone, to communicate with one another to arrange, coordinate, and facilitate the murder of Kerrice Lewis.

15.     On or about December 28, 2017, **MARCEL VINES**, also known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON BRISCOE**, also known as "A2" and "Astro," the defendants, and others known and unknown, traveled to the rear of 815 Adrian Street in the Southeast quadrant of the District of Columbia.

16.     On or about December 28, 2017, in the District of Columbia, **MARCEL VINES**, also known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON BRISCOE**, also known as "A2" and "Astro," the defendants, and others known and unknown, while in the rear of 815 Adrian Street in the Southeast quadrant of the District of Columbia, and while armed with firearms, shot and killed Kerrice Lewis while she was inside her vehicle, set Kerrice Lewis' vehicle and body on fire, and fled the location in Armani Coles' vehicle.

17.     On or about December 28, 2017, **MALIQUE LEWIS,** also known as "Freak," using a telecommunications facility, that is a cellular telephone, did send a text message to an associate of Ronzay Green that contained a screen-shot photograph of a news article reporting the police investigation into the death of an individual later learned to be Armani Coles.

7

18.     On or about December 28, 2017, **MALIQUE LEWIS,** also known as "Freak," using a telecommunications facility, that is a cellular telephone, did send a text message to the same associate of Ronzay Green that contained a screen-shot photograph of a news article reporting the police investigation into the death of an individual later learned to be Kerrice Lewis.

19.     On or about, December 28, 2017, **MALIQUE LEWIS,** also known as "Freak," using a telecommunications facility, that is a cellular telephone, did send a text message to the same associate of Ronzay Green that said "we aint dead," which was followed by a text message that stated "Done*".

(**Conspiracy to Commit Kidnapping**, in violation of Title 18, United States Code, Section 1201(c))

## COUNT FOUR

On or about December 28, 2017, within the District of Columbia, the State of Maryland, and elsewhere, **MARCEL VINES**, also known as "BY" and "Baby Boy," having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court for the District of Columbia, Criminal Case Numbers 2015-CF2-015181 and 2015-CF2-003658, and having knowledge of that fact, did unlawfully and knowingly receive and possess a firearm and ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT FIVE

On or about December 28, 2017, within the District of Columbia, the State of Maryland, and elsewhere, **MALIQUE LEWIS**, also known as "Freak," having been convicted of a crime

8

punishable by imprisonment for a term exceeding one year in the Superior Court for the District of Columbia, Criminal Case Number 2016-CF2-011824, and having knowledge of that fact, did unlawfully and knowingly receive and possess a firearm and ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

### COUNT SIX

On or about December 28, 2017, within the District of Columbia, **MARCEL VINES**, also known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON BRISCOE**, also known as "A2" and "Astro," the defendants, while armed with a firearm, seized, confined, inveigled, decoyed, kidnapped, abducted, and carried away Armani Coles, with intent to hold and detain Armani Coles, for ransom and reward and otherwise, and did aid and abet another in the commission of said offense.

(**Kidnapping While Armed and Aiding and Abetting**, in violation of Title 22, District of Columbia Code, Sections 2001, 4502, and 1805 (2001 ed.))

### COUNT SEVEN

On or about December 28, 2017, within the District of Columbia, **MARCEL VINES**, also known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON BRISCOE**, also known as "A2" and "Astro," the defendants, did possess a firearm while committing the crime of Kidnapping While Armed as set forth in the sixth count of this indictment.

(**Possession of a Firearm During Crime of Violence or Dangerous Offense and Aiding and Abetting**, in violation of Title 22, District of Columbia Code, Sections 4504(b) and 1805 (2001 ed.))

### COUNT EIGHT

On or about December 28, 2017, within the District of Columbia, **MARCEL VINES**, also known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON BRISCOE**, also known as "A2" and "Astro," the defendants, while armed with a firearm, seized, confined, inveigled, decoyed, kidnapped, abducted, and carried away Kerrice Lewis, with intent to hold and detain Kerrice Lewis, for ransom and reward and otherwise, and did aid and abet another in the commission of said offense.

(**Kidnapping While Armed and Aiding and Abetting**, in violation of Title 22, District of Columbia Code, Sections 2001, 4502, and 1805 (2001 ed.))

### COUNT NINE

On or about December 28, 2017, within the District of Columbia, **MARCEL VINES**, also known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON BRISCOE**, also known as "A2" and "Astro," the defendants, did possess a firearm while committing the crime of Kidnapping While Armed as set forth in the eighth count of this indictment.

(**Possession of a Firearm During Crime of Violence or Dangerous Offense and Aiding and Abetting**, in violation of Title 22, District of Columbia Code, Sections 4504(b) and 1805 (2001 ed.))

### COUNT TEN

**MARCEL VINES**, also known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON BRISCOE**, also known as "A2" and "Astro," the defendants, within the District of Columbia, while armed with a firearm, in perpetrating and attempting to perpetrate the crime of Kidnapping While Armed, as set forth in the sixth count of this indictment, killed Armani Coles by shooting Armani Coles with a firearm on or about December 28, 2017,

thereby causing injuries from which Armani Coles died on or about December 28, 2017, and did aid and abet another in the commission of said offense.

> *The Grand Jury further charges* that the murder was committed in the course of kidnapping or abduction, or an attempt to kidnap or abduct.

> **(First Degree Murder While Armed—Felony Murder (Aggravating Circumstances) and Aiding and Abetting,** in violation of Title 22, District of Columbia Code, Sections 2101, 4502, 2104.01(b)(1), and 1805 (2001 ed.))

### COUNT ELEVEN

On or about December 28, 2017, within the District of Columbia, **MARCEL VINES**, also known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON BRISCOE**, also known as "A2" and "Astro," the defendants, did possess a firearm while committing the crime of First Degree Murder While Armed as set for in the tenth count of this indictment.

> **(Possession of a Firearm During Crime of Violence or Dangerous Offense and Aiding and Abetting**, in violation of Title 22, District of Columbia Code, Sections 4504(b) and 1805 (2001 ed.))

### COUNT TWELVE

**MARCEL VINES**, also known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON BRISCOE**, also known as "A2" and "Astro," the defendants, within the District of Columbia, while armed with a firearm, in perpetrating and attempting to perpetrate the crime of Kidnapping While Armed, as set forth in the eighth count of this indictment, killed Kerrice Lewis by shooting Kerrice Lewis with a firearm on or about December 28, 2017,

thereby causing injuries from which Kerrice Lewis died on or about December 28, 2017, and did aid and abet another in the commission of said offense.

> *The Grand Jury further charges* that the murder was committed in the course of kidnapping or abduction, or an attempt to kidnap or abduct.

> (**First Degree Murder While Armed—Felony Murder (Aggravating Circumstances) and Aiding and Abetting,** in violation of Title 22, District of Columbia Code, Sections 2101, 4502, 2104.01(b)(1), and 1805 (2001 ed.))

## COUNT THIRTEEN

On or about December 28, 2017, within the District of Columbia, **MARCEL VINES**, also known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON BRISCOE**, also known as "A2" and "Astro," the defendants, did possess a firearm while committing the crime of First Degree Murder While Armed as set forth in the twelfth count of this indictment.

> (**Possession of a Firearm During Crime of Violence or Dangerous Offense and Aiding and Abetting**, in violation of Title 22, District of Columbia Code, Sections 4504(b) and 1805 (2001 ed.))

## COUNT FOURTEEN

**MARCEL VINES**, also known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON BRISCOE**, also known as "A2" and "Astro," the defendants, within the District of Columbia, while armed with a firearm, purposely and with deliberate and premeditated malice, killed Kerrice Lewis by shooting Kerrice Lewis with a firearm on or about

December 28, 2017, thereby causing injuries from which Kerrice Lewis died on or about December

28, 2017, and did aid and abet another in the commission of said offense.

*The Grand Jury further charges* that the murder was committed in the course of kidnapping or abduction, or an attempt to kidnap or abduct.

(**First Degree Murder While Armed (Premeditated) (Aggravating Circumstances) and Aiding and Abetting,** in violation of Title 22, District of Columbia Code, Sections 2101, 4502, 2104.01(b)(1), and 1805 (2001 ed.))

## COUNT FIFTEEN

On or about December 28, 2017, within the District of Columbia, **MARCEL VINES**, also

known as "BY" and "Baby Boy," **MALIQUE LEWIS**, also known as "Freak," and **ASHTON**

**BRISCOE**, also known as "A2" and "Astro," the defendants, did possess a firearm while

committing the crime of First Degree Murder While Armed as set forth in the fourteenth count of

this indictment.

(**Possession of a Firearm During Crime of Violence or Dangerous Offense and Aiding and Abetting**, in violation of Title 22, District of Columbia Code, Sections 4504(b) and 1805 (2001 ed.))

A TRUE BILL:

FOREPERSON.

Jessie K. Liu

Attorney of the United States in
and for the District of Columbia.