**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 19-CR-166 (DLF)** |
| | : | |
| **MARCEL VINES,** | : | |
| a/k/a Baby Boy, BY | : | |
| **MALIQUE LEWIS,** | : | |
| a/k/a Freak | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF DISCOVERY**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court and defense that the attached discovery letter of July 12, 2019, is being provided to the defense in this matter.

Respectfully submitted,

Jessie K. Liu
United States Attorney
D.C. Bar No. 472845

By:   /s/ *Kimberley C. Nielsen*
Kimberley C. Nielsen
Assistant United States Attorney
N.Y. Bar 4034138
555 4th Street NW
Washington, DC 20530
(202) 252-7148
Kimberley.Nielsen@usdoj.gov