IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| v.                           ) | Case No. 1:19-cr-166 (DLF) |
| ) | |
| MARCEL VINES, et al.         ) | |
| ) | |
| Defendant.                   ) | |

**MOTION TO WITHDRAW**

COMES NOW, the Defendant, Marcel Vines, and respectfully requests this Honorable Court relieve appointed counsel, Joseph Flood. In support of this relief, Mr. Vines states the following:

1. This matter is set for a status hearing on October 21, 2022. There currently is not a trial date set. The Government anticipates the eventual trial in this case will last from four to six weeks.

2. Pleasant S. Brodnax, III, was originally appointed to represent Mr. Vines, and entered his appearance on June 15, 2019. Subsequently, undersigned counsel was appointed and entered his appearance as "learned counsel" on July 12, 2019, pursuant to 18 U.S.C. § 3005, because this matter was death-eligible.

3. On December 11, 2020, the United States notified the Court it would not seek the death penalty against Mr. Vines. (Doc. 71) Thereafter, undersigned counsel remained on the case as a courtesy to the Court and defendant.

4. Since that time, however, the circumstances of undersigned counsel's personal life have changed dramatically and, given his complicated family obligations, preclude him from remaining on this case.

5.    Mr. Brodnax would remain as counsel of record.  He is an experienced attorney. Because there is currently no trial date and co-defendant Malique Lewis recently received new counsel, if a new attorney is required, there will be ample time for counsel to be appointed, familiarize themselves with the case, and prepare for trial.

Wherefore, for these reasons, Mr. Vines respectfully request that this motion be granted.

Respectfully submitted,

Marcel Vines
By Counsel

/s/ Joseph T. Flood
Sheldon & Flood, PLC
10621 Jones Street, Suite 301-A
Fairfax, VA  22030
(703) 691-8410
(703) 251-0757 (fax)
jflood@sfhdefense.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing motion was filed by CM/ECF on this the 17th day of October, 2022, which will then send a notification to counsel of record.

                                /s/ Joseph T. Flood
                                Joseph T. Flood, VSB #71716
                                Sheldon & Flood, PLC
                                10621 Jones Street, Suite 301-A
                                Fairfax, VA  22030
                                (703) 691-8410
                                (703) 251-0757 (fax)
                                jflood@sfhdefense.com